IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

VINCENT THEODORE RAMOS,       )
                              )
            Plaintiff,        )
                              )
      v.                      )      1:24-cv-678
                              )
CPT WILLIAM FLINT, LT GARNER, )
LT GREEN, LT DANIELLE FOX,    )
SGT PARKER, CPT BROWN, CPT    )
RODRIGUEZ, OFFICER M. SHEFFIELD, )
LEVARIO Guard, BROGAN Guard,  )
and SNEAD Guard,              )
                              )
            Defendants.       )

## ORDER

On November 25, 2024, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 4, 5.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 4), is hereby **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defect cited in the Recommendation,

accompanied by the $405.00 filing fee or a non-prisoner
Application to Proceed In Forma Pauperis (Long Form).

A Judgment dismissing this action will be entered
contemporaneously with this Order.

This the 30th day of December, 2024.

_____
United States District Judge